### Gabriel Manny v. James Dobie.

ON *certiorari*. The defendant below refused to plead, on which the justice awarded a *venire*, which was now assigned for error.

*Per Curiam.* The judgment must be reversed. The award of a *venire* was erroneous. It cannot be done on a judgment by default, or where the defend-ant does not plead. An issue must be joined.